```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        MAR 2 6 2018

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARK EDWARD NICHOLS, ) Case Number: 3:17-cv-00593
)
    Plaintiff, )
  vs. )
)
COMMISSIONER OF THE SOCIAL )
SECURITY ADMINISTRATION, )
)
    Defendant. )

## ORDER GRANTING MOTION TO FILE EXCESS PAGES

AND NOW, this ____ day of March, 2018, upon consideration of Plaintiff's Motion to Exceed the Page Limit,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff may file an oversized brief limited to 34 pages.

Entered: March 26, 2018

_____
United States Magistrate Judge