UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MARK EDWARD NICHOLS, | Case No. 3:17-cv-00593-LRH-CBC |
|---|---|
| Plaintiff, | |
| | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Carla Baldwin Carry (ECF No. 23) entered on October 3, 2018, recommending denying plaintiff's Motion for Judgment on the Pleadings (ECF No. 16) entered on March 29, 2018, and granting defendant's Cross-Motion to Affirm (ECF No. 17) entered on April 30, 2018. On October 17, 2018, plaintiff filed his Objections to the Magistrate Judge's Report and Recommendation (ECF No. 25) and on October 30, 2018, defendant filed its Response to Plaintiff's Objections to Report and Recommendation (ECF No. 26).

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered plaintiff's objections, the response of defendant and the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and

Recommendation (ECF No. 23) entered on October 3, 2018, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 23) entered on October 3, 2018, is ADOPTED AND ACCEPTED, and plaintiff's Motion for Judgment on the Pleadings (ECF No. 16) is DENIED.

IT IS FURTHER ORDERED that defendant's Cross-Motion to Affirm (ECF No. 17) is GRANTED.

IT IS FURTHER ORDERD that the clerk of the Court shall enter judgment in this matter.

IT IS SO ORDERED.

DATED this 20th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE